UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00477-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LEONEL PERSONA-DEVORA,
    a/k/a Martin Torres Torres,
    a/k/a Valentin Arujo Lopez,
    a/k/a Roberto Vargas Garcia,

        Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#11)** on January 5, 2012, by Defendant. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **January 30, 2012,** at **9:00 a.m.** and a Sentencing hearing is set for **May 30, 2012** at **11:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the

  3.  The final trial preparation conference set for January 20, 2012, and the January 23, 2012, trial date are **VACATED**.

Dated this 6th day of January, 2012.

             BY THE COURT:

             _____
             Marcia S. Krieger
             United States District Judge

---

sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*